(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Neal, Margie Marie | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 8226 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>9141 South Wabash<br>Chicago, IL 60619 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Cook | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address):<br>Chapter 13 |
| Location of Principal Assets of Business Debtor (if different from street address above): | Attorney: Steven A. Leahy, 6273453<br>The Law Office of Steven A. Leahy<br>150 North Michigan Avenue<br>Suite 1100<br>Chicago, Illinois 60601  ph: 312.664.6649 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☑ Individual(s)        ☐ Railroad
☐ Corporation          ☐ Stockbroker
☐ Partnership          ☐ Commodity Broker
☐ Other _____        ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7    ☐ Chapter 11    ☑ Chapter 13
☐ Chapter 9    ☐ Chapter 12
☐

**Nature of Debts** (Check one box)
☑ Consumer/Non-Business    ☐ Business

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See _____

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses pa be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-620 - 31557

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 09/24/2004
Time: 13:31:08
Debtor: MARGIE MARIE NEAL
Case: 04-35559    Fee : 194
Chapter: 13 Rec. # : 3102897
Judge: Jack Schmetterer
341 mtg: 10/20/2004 @ 02:30PM
ConfHrg: 11/24/2004 @ 12:30PM
Trustee: TOM VAUGHN

1:04BK35559-BK001

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Margie Marie Neal |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _[signature]_
Signature of Attorney for Debtor(s)
STEVEN A. LEAHY 6273453
Printed Name of Attorney for Debtor(s)

The Law Office of Steven A. Leahy
Firm Name
150 North Michigan Avenue
Address
Suite 1100     Chicago, Illinois 60601

312.664.6649
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signature]_
Signature of Attorney for Debtor(s)     Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

| | | |
|---|---|---|
| ACTIVITY COLLECTION SE<br>664 N MILWAUKEE AVE<br>PROSPECT HEIGHTS, IL 60070 | AMERICAN EXPRESS<br>P O BOX 7871<br>FORT LAUDERDAL, FL 33329 | AMERICAN GENERAL FINAN<br>17828 HALSTED ST<br>HOMEWOOD, IL 60430 |
| AMERICAN GENERAL FINAN<br>3005 E 92ND ST<br>CHICAGO, IL 60617 | AMEX<br>P O BOX 7871<br>FORT LAUDERDALE, FL 33329 | ARROW FINANCIAL SERVIC<br>5996 W TOUHY AVE<br>NILES, IL 60714 |
| BENEFICIAL/HFC<br>2700 SANDERS RD<br>PROSPECT HEIGHTS, IL 60070 | BLOOMINGDALES/FDSB<br>9111 DUKE DRIVE<br>MASON, OH 45040 | CAPITAL ONE BANK<br>PO BOX 85520<br>RICHMOND, VA 23285 |
| CB USA INC<br>PO BOX 8000<br>HAMMOND, IN 46325 | CBUSASEARS<br>P.O. BOX 6189<br>SIOUX FALLS, SD 57117 | CHASE MANHATTAN MTGE<br>3415 VISION DR<br>COLUMBUS, OH 43219 |
| CITIFINANCIAL<br>8705 W 95TH ST<br>HICKORY HILLS, IL 60457 | CROSSLANDS MTG CORP<br>3476 STATEVIEW BLV<br>FORT MILL, SC 29715 | EVANS FUR<br>POB PMB321<br>DOWNERS GROVE, IL 60515 |
| FCNB/SPIEGL/EBAUR/NWPT<br>9300 SW GEMINI DR<br>BEAVERTON, OR 97078 | FLEET CC<br>200 TOURNAMENT DR<br>HORSHAM, PA 19044 | HARRIS BANK BARRINGTON<br>201 S GROVE AVE<br>BARRINGTON, IL 60010 |
| HB/CARSONS<br>140 W INDUSTRIAL DR<br>ELMHURST, IL 60126 | HFC<br>PO BOX 8633<br>ELMHURST, IL 60126 | HHLD BANK<br>PO BOX 98706<br>LAS VEGAS, NV 89193 |
| HOUSEHOLD FINANCE CORP<br>P.O. BOX 1547<br>CHESAPEAKE, VA 23320 | LORD & TAYLOR<br>300 SHEFFIELD CTR<br>LORAIN, OH 44055 | MACYS EAST/FDSB<br>9111 DUKE DRIVE<br>MASON, OH 45040 |

MACYS/GECCCC
9111 DUKE BLVD
MASON, OH 45040

MARSHALL FIELDS
111 BOULDER INDUSTRIAL D
BRIDGETON, MO 63044

MBGA/JC PENNEY
PO BOX 981131
EL PASO, TX 79998

MBNA AMERICA BANK NA
POB 17054
WILMINGTON, DE 19884

NBGL-CARSONS
140 W INDUSTRIAL DR
ELMHURST, IL 60126

NORDSTROM FSB
PO BOX 6555
ENGLEWOOD, CO 80155

PEOPLES ENERGY
130 E RANDOLPH
CHICAGO, IL 60601

PIER 1 IMPORTS
9111 DUKE BLVD
MASON, OH 45040

RNB - TARGET
PO BOX 9745
MINNEAPOLIS, MN 55440

RNB-DAYTON/HUDSON/FIELDS
3701 WAYZATA BLVD
MINNEAPOLIS, MN 55416

RNB-FIELDS3
PO BOX 9475
MINNEAPOLIS, MN 55440

STUDENT LOAN SERVICE C
1 UNIVERSITY PL
RENSSELAER, NY 12144

UNITED CREDIT UNION
4444 S PULASKI RD
CHICAGO, IL 60632

WAL-MART/MBGA
PO BOX 103027
ROSWELL, GA 30076