```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 35559
   MARGIE MARIE NEAL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8226

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/24/2004 and was confirmed 01/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.41% from remaining funds.

     The case was paid in full 11/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------------
LORD & TAYLOR              UNSECURED OTH     500.21            .00            57.11
CHASE MANHATTAN MORTGAGE   CURRENT MORTG        .00            .00              .00
HARRIS BANK                SECURED            823.28          71.75           823.28
HOUSEHOLD FINANCE CORP     CURRENT MORTG        .00            .00              .00
HOUSEHOLD FINANCE CORP     MORTGAGE ARRE   10000.00            .00         10000.00
UNITED FEDERAL CREDIT UN   SECURED NOT I   NOT FILED           .00              .00
ACTIVITY COLLECTION SVC    NOTICE ONLY     NOT FILED           .00              .00
AMERICAN EXPRESS TRAVEL    UNSECURED         4754.75           .00            542.61
AMERICAN GENERAL FINANCE   NOTICE ONLY     NOT FILED           .00              .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED           .00              .00
AMERICAN EXPRESS TRAVEL    UNSECURED         2738.76           .00            312.55
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED           .00              .00
BENEFICIAL FINANCE CORP    NOTICE ONLY     NOT FILED           .00              .00
BLOOMINGDALES              NOTICE ONLY     NOT FILED           .00              .00
CAPITAL ONE                NOTICE ONLY     NOT FILED           .00              .00
CB USA INC                 UNSECURED          352.55           .00             40.23
RESURGENT ACQUISITION LL   UNSECURED          628.26           .00             71.70
CHASE MANHATTAN MORTGAGE   NOTICE ONLY     NOT FILED           .00              .00
CITIFINANCIAL              NOTICE ONLY     NOT FILED           .00              .00
CROSSLAND MORTGAGE CORPO   NOTICE ONLY     NOT FILED           .00              .00
EVANS FUR                  NOTICE ONLY     NOT FILED           .00              .00
SPIEGELS                   NOTICE ONLY     NOT FILED           .00              .00
FLEET CREDIT CARD          NOTICE ONLY     NOT FILED           .00              .00
CARSON PIRIE SCOTT         UNSECURED         5358.97           .00            611.57
HFC                        UNSECURED       NOT FILED           .00              .00
HOUSEHOLD BANK             NOTICE ONLY     NOT FILED           .00              .00
HOUSEHOLD FINANCE          NOTICE ONLY     NOT FILED           .00              .00
MACYS EAST FDSB            NOTICE ONLY     NOT FILED           .00              .00
MACYS EAST FDSB            NOTICE ONLY     NOT FILED           .00              .00
MARSHALL FIELDS            UNSECURED         2153.53           .00            245.76
J C PENNEY                 NOTICE ONLY     NOT FILED           .00              .00
MBNA AMERICA               NOTICE ONLY     NOT FILED           .00              .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 35559 MARGIE MARIE NEAL
```

```
CARSON PIRIE SCOTT         UNSECURED       NOT FILED            .00           .00
NORDSTROM                  UNSECURED       NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00            .00           .00
PIER ONE IMPORTS           NOTICE ONLY     NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED         204.45             .00         23.33
RETAILERS NATIONAL BANK    UNSECURED       NOT FILED            .00           .00
RNB FIELDS                 UNSECURED       NOT FILED            .00           .00
RNB FIELDS                 UNSECURED       NOT FILED            .00           .00
STUDENT LOAN SERVICE       NOTICE ONLY     NOT FILED            .00           .00
WAL MART STORES INC        NOTICE ONLY     NOT FILED            .00           .00
CHASE MANHATTAN MORTGAGE   COST OF COLLE     150.00             .00        150.00
STEVEN A LEAHY             DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                         766.11
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 13,716.00

PRIORITY                                             .00
SECURED                                        10,973.28
    INTEREST                                        71.75
UNSECURED                                        1,904.86
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              766.11
DEBTOR REFUND                                        .00
                        ---------------     ---------------
TOTALS                  13,716.00              13,716.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/28/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 04 B 35559 MARGIE MARIE NEAL